958

No. 576. TROIANO v. UNITED STATES. C. A. 3d Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 580. POLY INDUSTRIES, INC. v. MOZLEY ET AL. C. A. 9th Cir. Certiorari denied. *George M. Treister* for petitioner.

No. 582. WEINER v. FULTON COUNTY ET AL. Ct. App. Ga. Certiorari denied. *Beryl H. Weiner,* petitioner, *pro se. John Tye Ferguson* for respondents.

No. 583. EWAYS ET UX. v. BOARD OF ROAD SUPERVISORS OF EXETER TOWNSHIP ET AL. Sup. Ct. Pa. Certiorari denied. *J. Pennington Straus* for petitioners. *Samuel B. Russell* and *Robert Moore* for respondents.

No. 584. UNITED STATES FIDELITY & GUARANTY CO. v. NATIONAL SCREEN SERVICE CORP. C. A. 2d Cir. Certiorari denied. *James P. Shannon* for petitioner. *Louis Nizer* for respondent.

No. 586. WILLIAMS v. HOT SHOPPES, INC. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. John J. Carmody* and *Charles J. Steele* for respondent.

No. 587. BECK v. FLORIDA. Sup. Ct. Fla. Certiorari denied. *Hal S. Ives* for petitioner.

No. 596. FERRON ET AL. v. HORNER ET AL. C. A. 9th Cir. Certiorari denied. *Martin J. Jarvis* for petitioners Ferron et al.